LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY COHORST, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM HEALTH PLANS OF KENTUCKY, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV16- 07925 JFK (SKx)<br><br>**JUDGMENT**<br><br>Judge:   Hon. John F. Walter<br>Ctrm.:   7A (First St.) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Judgment shall be entered in favor of Aubrey Cohorst ("Plaintiff") and against Defendant Anthem Health Plans of Kentucky, Inc., ("Anthem") as follows:

1. Plaintiff was insured by Anthem under a health insurance policy issued by Anthem under which Plaintiff was a participant.

2. In November 2015, Plaintiff underwent artificial disc replacement surgery and incurred $140,434.25 in medical bills. (AR0192.)

3. Plaintiff timely submitted the bills to Anthem, which Anthem denied pursuant to it medical policy. Plaintiff timely appealed, and Anthem reconfirmed their denial.

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90017
tel 213.624.2900
fax 213.624.2901

4. Plaintiff filed this action on October 25, 2016, seeking the recovery of the unpaid health insurance benefits from Anthem.

5. The matter was fully briefed by the parties and was tried by the Court on August 29, 2017. Anthem did not contest the amount of the benefits due at the time of trial.

6. On December 12, 2017, the Court issued its decision in favor of Plaintiff. (Docket No. 43.)

7. Therefore, the Court orders judgment in favor of Plaintiff and against Anthem in the amount of $140,434.25.

8. Plaintiff shall have leave to file a motion for attorney fees and costs.

IT IS SO ORDERED.

DATED: December 20, 2017   _____
Hon. John F. Walter
United States District Judge

*Submitted by:*

Dated: December 20, 2017    LAW OFFICES OF CHRISTIAN J. GARRIS

By:_____/s/_____
Christian J. Garris, Esq.

Attorneys for Plaintiff

Dated: December 20, 2017    MARTIN & MARTIN LLP

By:_____/s/_____
Valorie L. Ferrouillet, Esq.

Attorneys for Defendant Anthem Health Plans of Kentucky, Inc.

**Judgment**